IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APELDYN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-581-SLR |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD. | ) | |
| and SAMSUNG ELECTRONICS | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

At Wilmington this 16th day of August, 2012, the above-captioned case having been consolidated with Civil Action No. 11-440-SLR;

IT IS ORDERED that the above-captioned case is hereby referred to Magistrate Judge Thynge for alternate dispute resolution only. The earlier referral for discovery is withdrawn.

_____
United States District Judge